

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

---

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415

Tel. (718) 263-9591 Fax. (718) 263-9598

September 5, 2025

**Via ECF**
The Honorable Jennifer L. Rochon, U.S.D.J
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

> Request GRANTED. The parties' stipulation of dismissal shall be due no later than September 19, 2025.
>
> Dated: September 8, 2025
> New York, New York
>
> **SO ORDERED.**
>
> _Jennifer Rochon_
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   **Perez et al v. M & C Latin Food Corp. et al.**
      **Civil Docket No. 1:24-cv-06369-JLR**

Dear Judge Rochon:

Our office represents the Plaintiff in the above-referenced matter and we submit this letter motion to respectfully request an extension of time to file the parties' stipulation of dismissal.

Pursuant to the Court's July 30, 2025 Order Approving Settlement, "'Plaintiff shall file a stipulation of dismissal with prejudice as to all claims brought in this action within (7) days of Plaintiff's counsel's receipt of the first installment due' under the agreement…that is no later than September 5, 2025." Defendants were to provide the first installment payment by August 30, 2025, however, we have not yet received the payment.

After conferring with Defendants' counsel, we respectfully request that the Court extend the deadline to file the stipulation of dismissal through September 19, 2025, at which time, we are hopeful that we will have received the initial payment due from Defendants.

This is the first request for an extension of time to file the stipulation of dismissal and this request will not affect any other dates or deadlines.

We thank the Court for its consideration and remain available to provide any additional information.

                                          Respectfully submitted,

                                          *James O'Donnell*
                                          James O'Donnel, Esq.