UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LUZ DENIA MIESE PEREZ, individually and on behalf
of all others similarly situated,

                       Plaintiff,

     -against-

M & C LATIN FOOD CORP. d/b/a JOHN'S FRIED
CHICKEN and ORLANDO MEDINA and GREGORIO
MEDINA, as individuals,

                      Defendants.
-------------------------------------------------------------------X

Case No. 1:24-cv-06369 (JLR)

~~PROPOSED~~ **JUDGMENT ORDER**

Plaintiff moves for an entry of judgment based on the following set of facts:

1. Plaintiff, LUZ DENIA MIESE PEREZ, ("Plaintiff"), commenced this action under the Fair Labor Standards Act against Defendants, M & C LATIN FOOD CORP. d/b/a JOHN'S FRIED CHICKEN and ORLANDO MEDINA and GREGORIO MEDINA, as individuals ("Defendants") pursuant to the filing of the Summons and collective action Complaint on August 23, 2024. Dkt. 1.

2. Plaintiff and the Defendants (collectively, "the parties") reached a settlement in resolution of all claims asserted by Plaintiff against Defendants in this matter in the amount of $67,500.00.

3. The parties submitted their motion for settlement approval with the Court on July 10, 2025, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) (Dkt. 32), together with the parties' Settlement Agreement[1] annexed thereto (Dkt. 32-1) (hereinafter, the "Agreement,").

---

[1] The parties submitted a fully executed version of the Settlement Agreement on September 30, 2025. Dkt. 40-1.

1

4.  On July 30, 2025, the Court granted the parties' request for approval of their Settlement Agreement.

5.  To date, the Defendants have only made one (1) installment payment for a total of $15,000.00 and have not made further payments to Plaintiff and to Plaintiff's counsel and are now in default.

6.  As such, $52,500.00 remains unpaid to date.

7.  On November 6, 2025, a Notice of Breach was served to Defendants' counsel pursuant to the Agreement, but Defendants failed to cure such default.

8.  Pursuant to Paragraph 2 of the Agreement, Defendants agreed to Confessions of Judgment in the amount of $67,500.00, less any payments made plus 50% penalty on the balance owed.

9.  As such, judgment should be entered in the amount of $78,750.00 (($67,500 - $15,000) x 1.5).

**NOW**, on motion of James O'Donnell, Esq., of Helen F. Dalton & Associates, P.C., attorneys for the Plaintiff, it is hereby:

**ORDERED**, that Plaintiff **LUZ DENIA MIESE PEREZ**, is entitled to a judgment in the amount **$78,750.00**, against Defendants, **M & C LATIN FOOD CORP. d/b/a JOHN'S FRIED CHICKEN and ORLANDO MEDINA and GREGORIO MEDINA, as individuals**, jointly and severally, arising from Defendants' default under the parties' Settlement Agreement, with post-judgment interest to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment, at the rate set forth in 28 U.S.C. § 1961; plus a fifteen percent (15%) penalty increase if judgment is not paid within ninety (90) days,

as provided for in NYLL § 198(4); and attorneys' fees and costs for entering and enforcing the judgment.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 42.

**SO ORDERED:**

Dated:    **December 29**    , 2025

   **New York**       , New York

_____
JENNIFER L. ROCHON
United States District Judge